IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MYRON VANCE VIVIAN,** | 2:04-cv-1493 GEB DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |
| vs. | |
| **WARDEN CASTRO, et al.,** | |
| Defendants. / | |

Good cause appearing, Defendants' March 30, 2006 request for a 45 day extension of time to file a responsive pleading is granted. Defendants' responsive pleading shall be due on or before May 16, 2006.

IT IS SO ORDERED.

DATED: March 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/vivi1493.extresp

1