IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON VANCE VIVIAN,

    Plaintiff,                       No. CIV S-04-1493 GEB DAD P

    vs.

WARDEN CASTRO, et al.,

    Defendants.                ORDER

_____/

        On May 5, 2006, plaintiff requested an extension of time to May 19, 2006, to respond to defendants' April 19, 2006 motion to dismiss. On May 24, 2006, plaintiff submitted an unsigned and undated document titled "Notice of Motion to Rebutt [sic]." Although a proof of service form dated May 17, 2006, is attached to plaintiff's notice, the form does not list the name and address of any person served with the document.

        The court deems plaintiff's mistitled document to be opposition to defendants' motion to dismiss. Plaintiff will be required to file a properly completed proof of service showing the date on which he served a copy of the opposition on defendants' counsel.

/////

/////

/////

1

IT IS HEREBY ORDERED that:

1. Plaintiff's May 5, 2006 request for an extension of time to May 19, 2006, to respond to defendants' motion to dismiss is granted;

2. Plaintiff's document filed May 24, 2006, is deemed to be plaintiff's timely opposition to defendants' motion to dismiss;

3. Plaintiff is granted ten calendar days to file a proof of service showing the date on which he served a true and exact copy of his opposition on defendants' counsel; and

4. Defendants' reply to plaintiff's opposition shall be filed and served in accordance with Local Rule 78-230(m).

DATED: May 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
vivi1493.36opp

2