IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON VANCE VIVIAN,

     Plaintiff,                   2:04-cv-1493-GEB-DAD-P

   vs.

WARDEN CASTRO, et al.,

     Defendants.         <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On December 22, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On January 18, 2007, the findings and recommendations were reserved on plaintiff at his last known address. The time period has now expired and neither party has filed objections to the findings and recommendations.

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed December 22, 2006 are adopted in full;

    2.  Defendants' April 19, 2006 motion to dismiss is granted;

    3.  Plaintiff's July 5, 2006 motion for medical injunctive relief is denied; and

    4.  This action is dismissed without prejudice for failure to exhaust available administrative remedies before bringing this action.

Dated:  February 22, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2